March 26, 1982.

443 A.2d 400

Bozich v. Gladish, etc., Appellant.

Petition for Allowance of Appeal Denied Aug. 30, 1982.

Submitted April 15, 1981.  Arthur M. Wilson, for appellant;  W. Bryan Pizzi, for appellee.

Before CAVANAUGH, CIRILLO and JOHNSON, JJ.

Order of lower court is hereby affirmed.

446 A.2d 666

Commonwealth v. Bancroft, Appellant.

Reargument Denied June 11, 1982.

Petition for Allowance of Appeal Denied Aug. 30, 1982.

Argued November 17, 1981.  Jean B. Green, for appellant, Joe Hylare, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., McEWEN and HOFFMAN, JJ.

Judgment of sentence of the lower court is affirmed.